IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALISHAN ZULFIKAR KAREDIA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-6682-FB |
| | § | |
| ROSE THOMPSON in her official capacity as Warden of the Karnes County Residential Center, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER GRANTING OPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court are the Federal Respondents' Opposed Motion for Extension of Time (ECF No. 9) and Petitioner's response in opposition (ECF No. 10) thereto. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Federal Respondents' Opposed Motion for Extension of Time (ECF No. 9) is GRANTED such that the Federal Respondents shall have, as requested, until **December 1, 2026**, to answer or otherwise respond to the Petitioner's Petition for Writ of Habeas Corpus.

It is so ORDERED.

SIGNED this 20th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE